UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

       v.                                  Case No.  10-cr-73-01-SM

<u>Jacob Brown</u>,
    Defendant

## O R D E R

Defendant Brown's motion to continue the trial is granted (document no. 12). Trial has been rescheduled for the October 2010 trial period. Defendant Brown shall file a waiver of speedy trial rights not later than August 9, 2010. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for October 8, 2010 at 11:30 a.m.

Jury selection will take place on October 19, 2010 at 9:30 a.m.

SO ORDERED.

                                          Steven J. McAuliffe
                                          Chief Judge

July 30, 2010

cc:    Mark Sisti, Esq.
       Don Feith, AUSA
       U.S. Marshal
       U.S. Probation